**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :

**JASON WINTERS,**
                                          :

                    **Plaintiff,**                    **ORDER**
                                          :

          **- against -**                    **08 Civ. 1492 (SAS)**
                                          :

**CITY OF NEW YORK, et al.,**
                                          :

                    **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

> A review of the Court records indicates that the complaint in this action

was filed on February 23, 2008, and that there is no proof of service of the summons

and complaint on file.  Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon
> a defendant within 120 days after the filing of the
> complaint, the court, upon motion or on its own initiative
> after notice to the plaintiff, shall dismiss the action without
> prejudice, as to that defendant or direct that service be
> effected within a specified time; provided that if the
> plaintiff shows good cause for the failure, the court shall
> extend the time for service for an appropriate period.

> The plaintiff is directed to have the summons and complaint promptly

served on the defendants by filling out and forwarding to the U.S. Marshal the forms

provided to plaintiff by the Pro Se office.  If service is not made upon the defendants

or plaintiff fails to show good cause why such service has not been effected by June

27, 2008, the Court will dismiss the action.

The Pro Se Clerk at the United States Courthouse, 500 Pearl Street, New York, New York 10007, telephone number (212) 805-0175, may be of assistance in connection with court procedures but cannot give legal advice.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          April 1, 2008

## - Appearances -

**Plaintiff (Pro Se):**

Jason Winters
349-07-23211
George R. Veirno Center
09-09 Hazen Street
East Elmhurst, NY 11370